**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, ex rel., | ) | |
| CHRIS KOSTER, Attorney General, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CV01237 AGF |
| | ) | |
| MARTIN A. WEBB, aka BUTCH WEBB, | ) | |
| et al., | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the motion to stay (Doc. No. 26) filed by Plaintiff.  For good cause shown,

**IT IS HEREBY ORDERED** that Defendants' motion to stay (Doc. No. 26) shall be **GRANTED in part**, to the extent that all proceedings in this matter shall be stayed pending this Court's ruling on Plaintiff's motion to remand.  (Doc. No. 19.)

**IT IS FURTHER ORDERED** that the Rule 16 Conference scheduled for January 11, 2012, shall be cancelled and rescheduled as necessary following the Court's ruling on the motion to remand.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2012.